UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:11-cr-108-FTM-99SPC

MATTHEW ROLLINS
_____

**ORDER**

This matter comes before the Court on defendant's Motion for Advance Authorization for Expert Services (Doc. #74) filed on March 6, 2012. Defense counsel seeks to utilize the services of a forensic DNA expert to assist in the preparation of a defense. Specifically, Defense Counsel will retain Nancy W. Peterson, Forensic Biology Consultants, LLC. Ms. Peterson estimates a charge of $2100.00 total for 12 hours of case file review and consultation. Upon review and pursuant to 18 U.S.C. § 3006 (A)(e)(3), the Court will grant the motion.

Accordingly, it is now **ORDERED:**

Motion for Advance Authorization for Expert Services (Doc. #74) is **GRANTED** to the extent that counsel may hire the private investigator but compensation shall not exceed **$2,100.00**, exclusive of reimbursement for expenses reasonably incurred.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record