UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:11-CR-108-FtM-29SPC

MAURICE ANDRE COLBERT

### ORDER

This matter comes before the Court on the Clerk of Court's docket notation entered on July 9, 2012 (Doc. #102) wherein the Clerk indicates that Exhibits 1 and 2 to Maurice Colbert's Motion to Suppress (Doc. #98) were obtained by the Clerk's Office in paper format. Counsel for Colbert is advised that in the future all exhibits must be submitted in CM/ECF electronically and attached to the motion, regardless of how voluminous the filing is. Pursuant to the Court's CM/ECF Administrative Procedures, for voluminous exhibits, any exhibit attached to a particular document that is five megabytes or more must include an exhibit index and be separated into components of five megabytes or less, and each component of the exhibit must be filed as a separate attachment to the main document. See CM/ECF Administrative Procedures, Section IV.B.1-4, available at www.flmd.uscourts.gov.

Accordingly, it is now **ORDERED:**

All future filings in this matter shall comply with the Court's CM/ECF Administrative Procedures.

**DONE AND ORDERED** at Fort Myers, Florida, this 11th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record