UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:11-cr-108-FtM-29SPC


VICTOR DONGREL WILSON
_____

**OPINION AND ORDER**

On July 13, 2012, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #106) to the Court recommending that Defendant's Motion to Suppress (Doc. #81) be denied. Defendant filed Objections to Report and Recommendation (Doc. #108) on July 24, 2012.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009). This requires that the district judge "give fresh consideration to those issues to which specific

objection has been made by a party." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility determinations of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256-58.

**II.**

As defendant correctly observes, the determination as to whether to suppress his second interview statement is baseD upon credibility determinations by the magistrate judge. The magistrate judge found the agents' testimony more credible than defendant's, and stated reasons for this determination. (Doc. #106, pp. 13-17.) After reviewing the transcript (Doc. #92) and the arguments of counsel, the Court agrees with the magistrate judge's determination. The Court overrules defendant's objection based on the credibility determinations by the magistrate judge. The Court also overrules defendant's objection that the evidence is otherwise insufficient to support the magistrate judge's determinations. The lack of a complete video sequence does not preclude the Court from relying upon the testimony of a witness as to the events.

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court fully agrees with

the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #106) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress (Doc. #81) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of July, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Magistrate Judge
Counsel of Record
DCCD