UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:11-cr-108-FtM-29SPC

MICHAEL JAMES HARRELL
_____

**ORDER**

This matter comes before the Court on First Motion for Bond (Doc. #161) filed on October 26, 2012. The Government filed a Response to Motion to Set Bond (Doc. #167) on November 5, 2012. The motion is now ripe for review.

The Defendant moves the Court for the imposition of bond and conditions of release. As grounds, Counsel indicates that the Defendant is eligible for release based upon the factors outlined in the motion and those previously argued before the Court[1]. Defense Counsel argues the Defendant has ties to the community, was employed, served in the Navy with an honorable discharge and has no prior criminal history.

The Government argues the Defense has offered no new information to substantiate a second request for release. Further, since the Defendant's first detention hearing, the Indictment has been superseded twice adding additional armed bank robbery charges and firearms counts. A cooperating witness has entered a guilty plea, thereby increasing the strength of the Defendant's case and the Government intends on calling him for trial. Therefore, the

---

[1] On October 18, 2012, a detention hearing was held before the Hon. Sheri Polster Chappell. The Government argued that presumption exists that the Defendant is a risk of flight and danger to the community. For the reasons stated in the Court's Order (Doc. #36), the Court found the Defendant did not overcome the presumption that he is a risk of flight and danger to the community. As such, the Defendant has been held in the custody of the U.S. Marshals.

Government argues the Defendant has not overcome the presumption for detention and no new evidence has been presented to support a change in bond status.

The Court agrees. The Court does not find there is a change in circumstances which would benefit the Defendant and that would call for the Court to modify the bond in this matter. To the contrary, charges have been added. The Court does not find the Defendant has overcome the presumption and will stand by its prior ruling as pronounced in open court on the record and by Order (Doc. #36) and therefore, will deny the Motion.

Accordingly, it is now

**ORDERED:**

1) The First Motion for Bond (Doc. #161) is **DENIED**. The case remains set for trial on January 8, 2013 before the Hon. John E. Steele.

**DONE AND ORDERED** at Fort Myers, Florida, this 19th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record
Presiding District Judge
DCCD