UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:11-cr-108-FtM-29SPC

MICHAEL JAMES HARRELL

**ORDER**

This Cause is before the Court on referral by the Honorable John E. Steele, United States District Judge, to appoint counsel for the above Defendant for the appeal. The Defendant was deemed to be indigent for purposes of this case. There has been no change in his financial situation.

Accordingly it is now ORDERED that the Court appoints counsel as follows to represent the above Defendant for the appeal:

> Mr. Mark W. Ciaravella
> Post Office Box 1107
> Tampa, Florida 33601
> Fla. Bar # 0046108

The Clerk of Court is directed to send a copy of this Order to the Eleventh Circuit Court of Appeals to effect the proper documentation for this appointment.

**DONE and ORDERED** in Chambers, Fort Myers, Florida, on this __20th__ day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Appointed Counsel, U.S. Attorney, U.S.C.A.